UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN CANDELLI,                   :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :     CASE NO. 3:08CV615(RNC)
                                  :
BARBERINO BROS INC.,              :
                                  :
     Defendant.                   :

## ORDER REGARDING ENTRY OF DEFAULT

The complaint in this action was filed on April 24, 2008 and it appears from the return of service contained in the court's file that the defendant was served on or before May 15, 2008. As of the date hereof, the defendant has not appeared, and no responsive pleading has been filed. Accordingly, a default is hereby entered pursuant to Fed. R. Civ. P. 55(a) as to the defendant.

Any motion to set aside this entry of default pursuant to Fed. R. Civ. P. 55(c) must be filed on or before **June 27, 2008.** Any motion for entry of a default judgment must be filed on or before **July 3, 2008.**

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

SO ORDERED at Hartford, Connecticut this 12th day of June, 2008.

```
      ____/s/_____
      Donna F. Martinez
      United States Magistrate Judge
```